UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 05-889 |
| DARNELL PERRY | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Darnell Perry (Kevin Carlucci, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on May 30, 2007; and the defendant having waived the preliminary hearing and having entered a guilty plea on January 25, 2010 to having violated Condition No. 1, which required that he not commit another federal, state, or local crime during the term of supervision, and for good cause shown;

IT IS on this 27 day of January, 2010,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 1 of his supervised release, which required that he not commit another federal, state, or local crime during the term of supervision;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a

period of eleven months;

IT IS FURTHER ORDERED that Violation Nos. 2 and 3 of the Petition filed October 14, 2009, are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge